## (June 5, 1957)

■ PHILIP CODY, Doing Business as DUPLICATING SUPPLY CO., Respondent, v. GERRARD PRINTING CO., INC., et al., Appellants. MILTON H. BALL et al., Doing Business as INTER-CITY PAPER COMPANY, Respondents, v. GERRARD PRINTING CORPORATION, Appellant.— Appeal from an order denying a motion to consolidate an action for goods sold and delivered, pending in the District Court, Nassau County, with an action on a note, pending in the Supreme Court, Nassau County. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

## (June 10, 1957)

■ CAMERON ESTATES, INC., Respondent, v. GEORGE T. DEERING et al., Defendants, and MARY STEGMAIER et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See 3 A D 2d 910.]

■ In the Matter of FLATBUSH REAL ESTATE BOARD, INC., et al., Respondents, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of ANGELO STANCO et al., Respondents, against AUSTIN T. GRAY, as Building Official of the Incorporated Village of Roslyn Harbor, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ GABRIELLA PANETH et al., Appellants, v. PHILIP LAMM, Respondent. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CONFORTI, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 285 App. Div. 973.]

■ SUSIE TRAPANI et al., Appellants, v. LESTER SAMUELS et al., Respondents. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 861.]

■ FANNIE YARBOUGH, Appellant, v. FRED IONATA et al., Defendants, and ANTOINETTE IONATA et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.